**Bharat B. VIBHAKAR**

v.

**Anthony VIOLA et al.**

**No. 82–66–M.P.**

Supreme Court of Rhode Island.

July 29, 1982.

Hugo L. Ricci, Adler Pollock & Sheehan Incorporated, Richard W. MacAdams, David J. Oliveira, Providence, for petitioner.

Frank Mastrati, Jr., Edward R. DiPippo, Asst. City Sol., Providence, for respondents.

ORDER

The petition for writ of certiorari is denied.

WEISBERGER and SHEA, JJ., did not participate.

**In re MICHAEL.**

**No. 81–216–C.A.**

Supreme Court of Rhode Island.

Aug. 19, 1982.

Joseph E. Marran, Jr., Pawtucket, for appellant.

Dennis J. Roberts II, Atty. Gen., Sharon P. O'Keefe, Sp. Asst. Atty. Gen., for appellee.

ORDER

This case is assigned to the show cause calendar.

The juvenile is directed to appear on a date to be assigned and show cause why his appeal should not be dismissed in light of the fact that the trial justice apparently did not abuse his discretion in denying the requested continuance.